THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WASHINGTON PEREIRA and MAYRA PEREIRA, | : |
| Plaintiffs, | : 3:24-CV-01097<br>: (JUDGE MARIANI) |
| v. | : |
| STATE FARM FIRE AND CASUALTY COMPANY, | : |
| Defendant. | : |

## ORDER

AND NOW, ON THIS 20th DAY OF AUGUST, 2024, upon consideration of the "Motion to Dismiss Count II (Bad Faith) of Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(6)" (Doc. 6) filed by Defendant State Farm Fire and Casualty Company, and all other relevant documents, for the reasons set forth in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 6) is **DENIED.**

Robert D. Mariani
United States District Judge